Christopher A. DEVINE, Petitioner,

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 05–3175.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2006.

Before LOURIE, Circuit Judge, CLEVENGER, Senior Circuit Judge, and BRYSON, Circuit Judge.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**NATIONAL INSTRUMENTS CORPORATION, Plaintiff– Appellant,**

v.

**THE MATHWORKS, INC., Defendant–Appellee.**

No. 05–1301.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2006.

Before LOURIE, Circuit Judge, CLEVENGER, Senior Circuit Judge, and BRYSON, Circuit Judge.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.